# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**ALEXANDER ANTONIO ESCALONA,**

Petitioner,

v.

**ANTONE MONIZ, ET AL.,**

Respondents.

Civil Action No.  **1:26–CV–11815**

## EMERGENCY ORDER CONCERNING STAY OF TRANSFER OR REMOVAL

Denise J. Casper

Petitioner, ALEXANDER ANTONIO ESCALONA, a(n) Venezuelan national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he/she is being unlawfully confined in violation of the Constitution and laws of the United States.

**(1) Service of Order**
The clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office and the United States Attorney for the District of Massachusetts.

**(2) Order**
To provide a fair opportunity for the judge who will be randomly assigned to this case to review the mertits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judical district outside that of Massachusetts for a period of at least 72 hours from the time this Order is docketed.

**/s/Denise J. Casper**

Denise J. Casper
United States District Judge

Issued at Boston, Massachusetts
2026–04–17 18:21:29