# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ALEXANDER ANTONIO ESCALONA,
    Petitioner,

      v.

ANTONE MONIZ, e al.,
    Respondents.

)
)
)
)
)
)
)
)
)
)
)

**Civil Action No. 26-11815-IT**

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Petitioner, Stephen M. Born of Mills and Born, LLC, respectfully move this Court for leave to withdraw as counsel of record in the above-captioned matter.

1. Petitioner has filed a writ of habeas corpus seeking release from custody.

2. Said writ is pending with this Court

3. Counsel for Petitioner seeks to withdraw due to a total breakdown in communication and a lack of cooperation between Counsel and Petitioner.

4. Counsel states that, subsequent to filing the present writ, he came to believe that Petitioner is technically ineligible for bond under *Laken Riley Act*, Pub. L. No. 119-1, 139 Stat. 3 (2025).

5. Petitioner is currently in ICE detention at Plymouth County Jail in Plymouth, Massachusetts. Petitioner was formally ordered removed by the Immigration Judge on June 3,

2026.  Present counsel did not represent Petitioner in those removal proceedings.  To this date, no appeal has been filed.

6.  Due to Respondent's failure to cooperate, counsel is unable to effectively represent Respondent and therefore seeks leave of Court to withdraw.

7.  Counsel has informed Respondent of this motion.


WHEREFORE, the undersigned counsels for the Respondent moves to withdraw as counsel.


Respectfully submitted,


_____
Stephen Born, Esq.
/s/Stephen M. Born
33 Chelsea Street
Everett, MA  02149
(781)321-1402
Sborn@millsandborn.com

*Counsel for Petitioner*


Dated June 26, 2026

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER ANTONIO ESCALONA, <br>     Petitioner, <br><br>       v. <br><br> ANTONE MONIZ, e al., <br>       Respondents. | Civil Action No. 26-11815-IT |

## [PROPOSED] ORDER ALLOWING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel, it is hereby ORDERED that:

1. The Motion is ALLOWED.
2. Stephen M. Born is hereby granted leave to withdraw as counsel of record for Alexander Antonio Escalona.
3. Until substitute counsel appears, all notices and pleadings shall be served upon Alexander Antonio Escalona at:

   Plymouth County Jail
   26 Long Pond Road
   Plymouth, MA  02360

4. This Order shall not alter or extend any existing deadlines established by the Court.

SO ORDERED.


_____
United States District Judge


Date: _____

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026 I electronically filed the foregoing Motion to Withdraw as Counsel through the Court's CM/ECF system, which will send notification to all counsel of record.

I further certify that a true and correct copy of this Motion was served upon my client, [Alexander Antonio Escalon by first-class mail at:  Plymouth County Jail, 26 Long Pond Road, Plymouth, MA  02360

_____

Stephen M. Born, Esq.