June 27 2026

Alexander Antonio Escalona

A No. 246 104 531

Plymouth County Correctional Facility

26 Long pond Road

Plymouth MA 02360

Your Honorable Judge Luciana Dubuc,

I wanted to let you know that the recent earthquakes that recently happened in Caracas, Venezuela has changed my life drastically. Majority of my family is missing in the aftermath. My 2 brothers and 2 nieces are missing who are 9 and 11 years old. My mother is in bad health and she is also homeless. With my 2 brothers missing my mother is in very bad shape. Will all respect I need your help and assistance so that I stay in the United States at least for a temporary time maybe 1 or 2 years so that I may work and provide for my mother and help her not be homeless. I ask again from the bottom of my heart that you help me. I ask God to repay you for considering giving me a helping hand. I ask this in tear and supplication and for the sake of my missing family and the country of Venezuela that is in mourning right now. I need to work in the United states even if it's temporary to help provide for my family. In regards to my Asylum case I made a mistake on dates in the application because of the surgery I had done on my shoulder. I was in the in the hospital for 3 months bedridden. I forgot about a lot of things while in the hospital. If I can't be granted to stay in the United States, please send me to Venezuela Immediately so that i can help my mother to recover from the earthquake. I know that God will touch your heart and you and your family will always be blessed. Even if I had to wear a GPS on my ankle, please help me with an opportunity to work and fight to help my family.

Sincerely,

Alexander Antonio Escalona

A No. 246 104 531