## Motion To Withdraw

I, Alexendrer Antonio Escalona, am writing to this Court to request the withdrawal of my Habeas Corpus petition. I have a removal order from the immigration judge Luciana Dubuc to my country Venezuela. I need to be removed as soon as possible because my family was impacted by the recent earthquake. I have lost family. I beg you act promptly and withdraw the Habeas Corpus I have filed so that I can be removed to Venezuela.


Thank you,


_____

Alexendrer Antonio Escalona

A No. 246 104 531

Plymouth County Correctional facility

26 long Pond Rd

Plymouth MA 02360