UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEXANDER ANTONIO ESCALONA,  *
              *
  Petitioner,       *
              *
  v.          *   Civil Action No. 1:26-cv-11815-IT
              *
ANTONE MONIZ, Superintendent of Plymouth *
County Correctional Facility, et al.,  *
              *
  Respondents.     *

ORDER OF DISMISSAL

TALWANI, D.J.

On April 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1], contesting the lawfulness of his detention. ICE arrested Petitioner, a citizen of Venezuela, in Connecticut on December 4, 2025, and subsquently transported him to Plymouth County Correctional Facility, where he remains detained. Id. ¶¶ 5–6. On June 3, 2026, an Immigration Judge issued a final order of removal against Petitioner. Resp. Ex. 1 [Doc. No. 8-1]. On July 15, 2026, the court received two *pro se* filings from Petitioner. In the first, a letter dated June 27, 2026, and addressed to the Immigration Judge, Petitioner requests release or a return to Venezuela so that he can assist his family who have been gravely impacted by the recent earthquate. Letter [Doc. No. 11]. In the second, Petitoner formally moves to request withdrawal of his Petition so that he may return to Venezuela. Motion to Withdraw [his] Habeas Corpus Petition [Doc. No. 12].

The court GRANTS Petitioner's Motion to Withdraw [his] Habeas Corpus Petition [Doc. No. 12] and vacates the Orders [Doc. No. 2; Doc. No. 4] staying his removal. Petitioner's counsel's Motion to Withdraw as Counsel [Doc. No. 9] is DENIED as moot. This action is CLOSED.

IT IS SO ORDERED.

July 15, 2026          /s/ Indira Talwani
                United States District Judge